# IN THE SUPREME COURT OF THE STATE OF NEVADA

WENDY PERKINS, APRN; AND
DIGNITY HEALTH, A FOREIGN
CORPORATION, D/B/A DIGNITY
HEALTH MEDICAL GROUP NEVADA,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE ROB
BARE, DISTRICT JUDGE,
Respondents,
  and
VELLENE TAYLOR, INDIVIDUALLY,
AND AS SPECIAL ADMINISTRATRIX
OF THE ESTATE OF MASON SAMUEL
TAYLOR; AND RONALD TAYLOR,
INDIVIDUALLY,
Real Parties in Interest.

No. 79585



FILED

SEP 16 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR OTHER EXTRAORDINARY RELIEF*

This emergency petition for a writ of mandamus or other extraordinary relief challenges an oral September 6, 2019, ruling denying a motion in limine to exclude punitive damages.

Having reviewed the petition and supporting documents, we conclude that our extraordinary intervention is not warranted. In particular, trial is scheduled to commence soon, the district court has advised that the parties can revisit punitive damages and the evidence needed to support the request therefor, and petitioners have an adequate and speedy legal remedy in the form of an appeal from the final judgment,

19-38470

precluding writ relief. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 225, 88 P.3d 840, 841 (2004). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Rob Bare, District Judge
       John H. Cotton & Associates, Ltd.
       Laird Law PLLC
       The Gage Law Firm, PLLC
       Eighth District Court Clerk